In the Matter of the Application of JOHANNA A. DOBROVOLNY, Respondent, *v.* WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, Appellant.

(Submitted January 8, 1917; decided January 16, 1917.)

Motion for re-argument denied, with ten dollars costs. (See 219 N. Y. 280.)

---

LAURA GLOVER, as Administratrix of the Estate of HARRIET G. GLOVER, Deceased, Appellant, *v.* NATIONAL BANK OF COMMERCE IN NEW YORK, Respondent.

(Submitted January 8, 1917; decided January 16, 1917.)

Motion for re-argument denied, with ten dollars costs. (See 219 N. Y. 618.)